Jeffrey A. Cogan, Esq.
Nevada Bar No. 4569
JEFFREY A. COGAN, ESQ., LTD.
6900 Westcliff Drive, Suite 511
Las Vegas, Nevada 89145
Telephone:    (702) 474-4220
Attorney for Plaintiff MATTHEW M. WHETTON

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW M. WHETTON,<br><br>           Plaintiff,<br><br>vs.<br><br>INDYMAC MORTGAGE SERVICES, a division of ONEWEST BANK, a federal savings bank, NDEx WEST, L.L.C., a Delaware limited liability Company, and DOES 1-10, inclusive,<br><br>           Defendants. | Case No.: 2:11-cv-00319-PMP -GWF<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)** |

PLEASE TAKE NOTICE that Plaintiff MATTHEW M. WHETTON ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses all claims in this action with prejudice as to Defendants INDYMAC MORTGAGE SERVICES, a division of ONEWEST BANK and NDEx WEST, L.L.C.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:
(a) Voluntary Dismissal.
    (1) By the Plaintiff.
        (A) Without a Court Order. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
            (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment
            * * *

Defendants have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed with prejudice and without an Order of

/ / /

/ / /

1 | the Court.

2 |     DATED this 19th day of July, 2011.

3

4 |                       JEFFREY A. COGAN, ESQ., LTD.

5 |                       By: /s/ Jeffrey A. Cogan
                         Jeffrey A. Cogan, Esq.

6 |                          Nevada Bar No. 4569
                         6900 Westcliff Drive, Suite 511

7 |                          Las Vegas, Nevada 89145
                         Attorney for Plaintiff

8

9 |                      IT IS SO ORDERED.

10

11 |                      _____

12 |                      PHILIP M. PRO
                     UNITED STATES DISTRICT JUDGE

13

14 |                      Dated: July 19, 2011.

15

16

17

18

19

20

21

22

23

24

25

26

27

28